

**NUMBER 13-10-00297-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**COUNTY OF GONZALES,** **Appellant,**

**v.**

**KERMIT SCHNEIDER, D/B/A SCHNEIDER
ACRES SUBDIVISION,** **Appellee.**

**On appeal from the 25th District Court
of Gonzales County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellant, County of Gonzales, perfected an appeal from a judgment entered by the 25th District Court of Gonzales County, Texas, in cause number 23,914. Appellant has filed a motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 27th
day of August, 2010.